UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KRISTY L. HERZIG,

    Plaintiff,

v.   Case No. 13-C-778

CAROLYN W. COLVIN, Acting Commissioner
of Social Security Administration,

    Defendant.

## ORDER FOR REMAND

This cause coming before the Court on a stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), for further development of the record. The Appeals Council will determine whether an allowance of benefits is appropriate. If the Appeals Council cannot issue a decision, it will remand the case to an Administrative Law Judge to further evaluate whether Plaintiff's impairments meet or medically equal an impairment listed in 20 C.F.R. Pt. 404, Subpart P, App. 1, i.e., the "Listings." The Administrative Law Judge will also re-evaluate the report of Dr. Hauer; re-evaluate the opinion of Erin N. Schultz, B.S., SAC-IT, pursuant to Social Security Ruling 06-3p; and re-evaluate Plaintiff's residual functional capacity.

Dated this 25th day of February, 2014.

                                                    s/ William C. Griesbach
                                                  HON. WILLIAM C. GRIESBACH
                                                  CHIEF DISTRICT JUDGE - WIED